# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| **S3G TECHNOLOGY LLC** | § § § | |
| **VS.** | § § § | No. 5:23cv86-JRG-JBB |
| **THE GAP, INC.** | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss All Claims With Prejudice (Docket No. 20). Pursuant to F ED. R. C IV. P. 41(a)(1), Plaintiff S3G Technology LLC moves to dismiss with prejudice all its claims asserted against Defendant The Gap, Inc. in this action, with each party to bear its own costs, expenses, and attorneys' fees. The Court finds the motion should be **GRANTED**. Therefore, it is

**ORDERED** that all claims asserted in this suit by Plaintiff, S3G Technology LLC, against Defendant, The Gap, Inc., are hereby **DISMISSED** with prejudice. It is further

**ORDERED** that all attorneys' fees and costs shall be borne by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 31st day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE